142

UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Demonte JONES, a/k/a Mike
Jones, Defendant–Appellant.

No. 14–6861.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Nov. 4, 2014.

Michael Demonte Jones, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Demonte Jones appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2012) to reduce sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 5:08–cr–00396–FL–1 (E.D.N.C. May 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*